**Fill in this information to identify the case:**

Debtor 1 ___Cynthia Denise Choice___

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: ___Southern___ District of ___AL___
(State)

Case number ___19-11146___

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** US Bank Trust National Association, as Trustee of the SCIG Series III Trust

**Court claim no.** (if known): ___11___

**Last 4 digits** of any number you use to identify the debtor's account:  _0_  _7_  _1_  _3_

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice: _____/_____/_____

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | _____ | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | _____ | (2) | $ _____ |
| 3. Attorney fees | _____ | (3) | $ _____ |
| 4. Filing fees and court costs | _____ | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 5/24/19 | (5) | $ 725 |
| 6. Appraisal/Broker's price opinion fees | _____ | (6) | $ _____ |
| 7. Property inspection fees | _____ | (7) | $ _____ |
| 8. Tax advances (non-escrow) | _____ | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | _____ | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | _____ | (10) | $ _____ |
| 11. Other. Specify:_____ | _____ | (11) | $ _____ |
| 12. Other. Specify:_____ | _____ | (12) | $ _____ |
| 13. Other. Specify:_____ | _____ | (13) | $ _____ |
| 14. Other. Specify:_____ | _____ | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Case 19-11146    Doc    Filed 08/02/19    Entered 08/02/19 12:54:49    Desc Main
Document    Page 1 of 4

| Debtor 1 | **Cynthia Denise Choice** | Case number *(if known)* | 17-01839 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

---

<div style="background:black;color:white;padding:2px 8px;display:inline-block">**Part 2:**</div>  **Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Jessica Watson
Signature

Date    07 / 29 / 2019

Print:  **Jessica  Watson**
First Name    Middle Name    Last Name

Title    Bankruptcy Asset Manager

Company    **SN Servicing Corporation**

Address    **323 5th Street**
Number    Street
Eureka                                    CA        95501
City                                        State    ZIP Code

Contact phone    800  603  0836
(_____) _____ – 

Email    bknotices@snsc.com

## Certificate of Service

     This is to certify that a true and accurate copy of this pleading was served on all creditor and all parties of interest by electronic media or placing a copy in the U.S. Mail on August 2, 2019, at the addresses listed below: Debtor's Attorney, Steven A. Murray, via email at *stevenmurrayatty@yahoo.com*; Chapter 13 Trustee, Daniel B. O'Brien, at P.O. Box 1884, Mobile, AL 36633; Debtor, Cynthia Denise Choice, at 1201 Ridgewood Drive, Mobile, AL 36608.

By: /s / Frederick S. Hecht
Date: August 2, 2019

# BLEECKER, BRODEY & ANDREWS

**9247 NORTH MERIDIAN STREET, SUITE 101**
**INDIANAPOLIS, IN 46260**
**PHONE (317)-574-0700  FAX (317)-574-0770**

May 24, 2019

SN SERVICING CORPORATION
ANGIE SOLORZANO
323 5TH STREET
EUREKA, CA 95501

Reference:  Bankruptcy-Creditor matter  Re name: CHOICE, CYNTHIA DENISE
Account #:
Please pay this invoice on or before due date: 06/03/2019
Invoice reference number #: ▮▮▮▮▮
Please refer to Our file #:▮▮▮▮▮

| Date | By | Tp | Description | Hrs-Units | Rate/hr | Amount |
|------|----|----|-------------|-----------|---------|--------|
| **Professional services/fees** | | | | | | |
| 05/24/2019 | CN | S | attorney fees for Proof of Claim | 1.00 | 725.00 | 725.00 |
| | | | **Professional services/fees** | | | **725.00** |

**Invoice summary**

| | |
|---|---|
| +Professional services | 725.00 |
| +Other charges | |
| =Total amount of this invoice | 725.00 |
| - less payments/adjustments | |

| **Please pay this amount** | **725.00** |
|---|---|

Please send your payment for this invoice to our address above. Please include our invoice number with your payment.  Thank you for the opportunity to be of service.